[No. 24170-2-I. Division One. June 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MALIK ODELL WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-05029-1, Terrence A. Carroll, J., entered May 26, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ.

[No. 26998-4-I. Division One. June 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG M. MARRIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-02556-1, Norman W. Quinn, J., entered August 21, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Agid, J.

[No. 27161-0-I. Division One. June 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER M. BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00113-9, Gilbert E. Mullen, J., entered August 23, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Agid, JJ.